## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RE:　**BENNIE WAYNE SPEARS**　　**BRIANNA DESHAY SPEARS**　　**DEBTOR(S)** | **CASE NO. 17-12235**　　**SECTION B**　　**CHAPTER 13** |

### ORDER

Hearing on the Debtor's Objection to Claim No. 4 filed by Army & Air Force Exchange Services was set on November 15, 2017 **(P-23)**. Proper notice having been given and no response having been filed,

**IT IS ORDERED** that the Debtors' Objection is **SUSTAINED** and Proof of Claim No. 4 filed by Army & Air Force Exchange Services is disallowed.

**IT IS FURTHER ORDERED** that movant shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, November 16, 2017.

*J. A. Brown*
Hon. Jerry A. Brown
U.S. Bankruptcy Judge